1
2
3
4
5
6            **UNITED STATES DISTRICT COURT**
7                 **DISTRICT OF NEVADA**
8
9   JIMMIE DERELL COOPER,
10          Petitioner,                      Case No. 2:11-CV-01008-PMP-(GWF)
11  vs.                                      **ORDER**
12  BRIAN E. WILLIAMS, SR., et al.,
13          Respondents.
14
15          Petitioner, who is in the custody of the Nevada Department of Corrections, has submitted a
16  petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (#1).  The court has reviewed the
17  petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District
18  Courts.  The court will serve the petition upon respondents for a response to the remaining grounds.
19          IT IS THEREFORE ORDERED that respondents shall have forty-five (45) days from the
20  date on which the petition was served to answer or otherwise respond to the petition (#1).  If
21  respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing
22  Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five
23  (45) days from the date on which the answer is served to file a reply.
24  ///
25  ///
26  ///
27  ///
28  ///

1      IT IS FURTHER ORDERED that henceforth, petitioner shall serve upon respondents or, if

2    appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion or

3    other document submitted for consideration by the court.  Petitioner shall include with the original

4    paper submitted for filing a certificate stating the date that a true and correct copy of the document

5    was mailed to the respondents or counsel for the respondents.  The court may disregard any paper

6    received by a district judge or magistrate judge that has not been filed with the clerk, and any paper

7    received by a district judge, magistrate judge, or the clerk that fails to include a certificate of

8    service.

10      DATED:  August 25, 2011.

_____
PHILIP M. PRO
United States District Judge